UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| POWDERCOAT, INC. DBA DAKOTA FINISHING, | * | Civ. 1:19-cv-1008 |
| | * | |
| Plaintiff, | | |
| | * | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| vs. | | |
| | * | |
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY, | * | |
| | | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby enter into this Stipulation allowing for the voluntary dismissal of the above-entitled action. It is the intent of the parties that this matter shall be dismissed, with prejudice, and without further recourse by any party. Furthermore, it is the intent of the parties that all parties shall bear their own costs and attorney's fees associated with the prosecution and defense of this action.

    Dated this **8th** day of **September**, 2020.

                      SAMP LAW OFFICES

                      _/s/ Rolly Samp_
                      Rolly Samp
                      2101 West 41st Street
                      Sioux Falls, SD 57105
                      Telephone: 605-339-1020
                      Facsimile: 605-334-6630
                      E-Mail: rsamp@samplaw.com

                      and

Jonathan E. Bukowski, Esq
Larry E. Bache, Jr., Esq.
Merlin Law Group, PA
1001 17th Street, Ste. 1150
Denver, CO 80202
Telephone: 720-665-9680
Facsimile: 720-665-9681
E-Mail: jbukowski@merlinlawgroup.com
E-Mail: lbache@merlinlawgroup.com

*Attorneys For Plaintiff*

Dated this 8th day of September, 2020.

                SIEGEL, BARNETT & SCHUTZ, L.L.P.

                _____
                Reed Rasmussen
                Attorneys for Defendant
                415 S. Main Street, 400 Capitol Building
                PO Box 490
                Aberdeen, SD  57402-0490
                Telephone No. (605) 225-5420
                Facsimile No. (605) 226-1911
                rrasmussen@sbslaw.net