FILED
SEP 10 2020
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| POWDERCOAT, INC. DBA DAKOTA FINISHING, | * | Civ. 1:19-cv-1008 |
| | * | |
| Plaintiff, | | |
| | * | ORDER FOR DISMISSAL |
| vs. | | |
| | * | |
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY, | * | |
| | | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

The Court having read and examined the Stipulation for Dismissal on file herein and being fully advised in the premises, it is hereby

ORDERED that the above-entitled action and all causes of action contained or referred to in the pleadings be, and they hereby are, dismissed upon their merits, with prejudice, without further notice and without taxation of costs to any party hereto.

Dated this 10th day of September, 2020.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge