UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| **POWDERCOAT, INC. DBA DAKOTA FINISHING,**<br><br>Plaintiff,<br><br>vs.<br><br>**MIDWEST FAMILY MUTUAL INSURANCE COMPANY,**<br><br>Defendants. | 1:19-CV-01008-CBK<br><br><br>**JUDGMENT OF DISMISSAL** |

The Court having entered its Order for Dismissal on September 10, 2020, it is hereby ORDERED that this action is hereby dismissed with prejudice and without taxation of costs to any party hereto.

Dated this 28th day of September, 2020.



MATTHEW W. THELEN, Clerk

By: _____
                        Deputy Clerk